David A. O'Toole / Judge Crone-Giblin                           11-04-19

In concerning to case number 1:19cv474 Richard Hollerbach vs. John Mills I'm asking to make a motion for an innerlocking order to move me from La Blanc Unit emidity. I spoke to a Dr. Young on 10-07-19 at Galveston's U.T.M.B. hospital. Dr. Young recommads that I be placed in and aircondtion unit thats under one roof to keep me out of the weather. I appreceate your concideration in this matter.

Richard Hollerbach #1333826
Le Blanc Unit E-32-B
3695 FM 3514
Beaumont, TX. 77705

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV - 7 2019

BY
DEPUTY

1333826 R. Hollerbach
LeBlanc Unit E-32-B
3695 FM 3514
Beaumont, TX.
77705

U.S. District Clerk
300 Willow, Room 104
Beaumont, TX.
77701

Legal
Mail

