In the United States District Court
For the Eastern District of Texas
Beaumont Divison

Richard Hollerbach          §   Civil Action No. 1:19 cv 474
        VS.                 §
John Mills, Et Al.          §

---

Plaintiff's Motion respectfuly to address the court

---

Now comes plaintiff Richard Hollerbach filling his motion to address the court with augrment set fourth below:

This facility has outside walking in the weather to get to any activity such as eating, pillwindow, clinic, liberary, church or any other activity that may occure. I've had phoumiuna 4 times and C.O.P.D. with 37% of my lungs left and my emune system is not that good either. I'm 69½ years old and my heart is overburdened by too much walking. I have a stent in my heart and need to be on a unit that is under one roof. I have 11 other inmates heads just 3 feet away from my own all night while asleep and with the conduour 19 virous still going strong with the flu season now at hand could be deadly in my state of health.

In the case Harris vs. Angeline County, Texas, 31 F 3d 331, Inadequate care for inmates with

special care needs helps support my case. Our health care on this facility falls short of what is needed for the elderly. I have been on Albutrol inhaulers, emergancy inhaulers that releive tentions on the lungs when breathing gets too tight for over 20 years at the rate of one in-hauler per month. Le Blanc facility has changed this to one every 180 days, 6 months. They have recently changed this back after many months of arguments with the clinic staff that this is not suffancent for my needs. I've tryed to have them send me to a pullmanary syeclist and they have denighed me more than once. My heart doctor in Galveston has put in for me to see a pullmanary specialist with the same results. The Estell Unit tried to give me an oxygen machine 5 years ago but I declined and told them when I felt the need for it I'd come get it. I told Dr. Mills to send me to Estell to pick it up and he told me if you get sick just come and see me. In other words he declined my perposal. Many insta seses happen continually at this facility too numerous to go into for me to write and I know your a busy man. I thank you for the time you have already spent.

Respect fully: R.n Holllebrecl #1333826

10-03-20

La Blanc Unit K-33-B, 3695 FM. 3514

Beaumont, Tx. 77705

1333826 R. Hollerbach
Le Blanc Unit K-33-B
3695 FM 3514
Beaumont, TX,
77705

CLERK, U.S. DISTRICT COURT
RECEIVED

OCT - 8 2020

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

NORTH HOUSTON TX 773
6 OCT 2020   PM 1  L

FOREVER / USA

Clerk
United States District Court
300 Willow Street, Suite 104
Beaumont, TX.
77701-2217

Legal Mail

77701-221729