In The United States District Court
For Eastern District of Texas
Beaumont, Texas Division

Richard Hollerbach §
VS. § Civil Action No. 1:19 cv 474
John Mills, ET AL. §

## Oreder To Answer

If U.T.M.B. and the Attorney General for the State of Texas persist on adding themselfs to the suit against Dr. John Mills, I will inform them that they take federal funding and therefore may very well be suied. Texas Tech antoher group of medical professionals in Amerillo, Texas was suied by two nurses on or about 2005 and won the case. It was overturned by Judge Mary Lue Robison.

Le Blanc Unit
3695 FM 3514
Beaumont, TX.
77705

Richard Hollerbach
#1333826   L-10-B
07-16-21

#1338826 K Hollerbach
LeBlanc Unit L-10-B
3695 FM 3514
Beaumont, TX
77705

Legal Mail

CLERK, U.S. DISTRICT COURT
RECEIVED
JUL 19 2021
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

Clerk
United States District Court
300 Willow Street, Suiet 104
Beaumont, Texas
77701-2217